IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GRANGE MUTUAL CASUALTY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TERRIE SLAUGHTER, DAMITRA )<br>BAISDEN, MARK T. LUCAS, )<br>FOUR SEASONS TRUCKING, )<br>INC., and FOUR SEASONS TRUCKING &)<br>GRADING, INC., )<br>)<br>Defendants. ) | Civil Action<br>Case No. 1:16-cv-03058-SCJ |

## MOTION FOR LEAVE TO AMEND REPLY BRIEF, AND MEMORANDUM OF LAW IN SUPPORT

COME NOW, Four Seasons Trucking, Inc. (sometimes hereinafter "Trucking"), and Four Seasons Trucking & Grading, Inc. (sometimes hereinafter "Grading"), and file this Motion for Leave to Amend their Reply Brief, showing as follows.

### I.   Summary of Argument.

Defendants Grading and Trucking seek leave to amend their Reply Brief. Leave is being sought not for the purpose of making additional substantive arguments, but to add an exhibit that was referenced and cited to in the Reply

Brief, and to correct some errors, the omission of which may create confusion in the record.

## II. Argument and Citation of Authority

**A. Leave to amend Grading's and Trucking's Reply Brief should be granted for the purpose of including an exhibit that the Reply Brief had cited to, and for the purpose of completing the citation to this exhibit.**

On page p. 6 of the Reply Brief [Doc. 65], Grading and Trucking reference and cite to Terri Slaughter's personal injury Complaint. However, neither Grading nor Trucking was able to locate a copy of Terri Slaughter Complaint prior to the filing of the Reply Brief. Further, though there is electronic filing in Fulton County, one cannot obtain a copy of filed documents from the electronic docket. Given the foregoing, counsel for Grading and Trucking contacted insurance liability counsel on August 2, 2017 in an attempt to obtain a copy of the Complaint. However, counsel for Grading and Trucking only received the Terri Slaughter Complaint from insurance liability counsel's law firm on August 3, 2017, after Grading's and Trucking's Reply Brief had been filed.

Leave is being sought for the purpose of adding the Terri Slaughter personal injury Complaint to the Reply Brief as Exhibit "F", and specifically identifying on page 6 of the Reply Brief paragraphs 23, 39, 40 of the Terri Slaughter Complaint that are referred to, but not identified, on page 6 of Grading's and Trucking's Reply Brief. As set forth in the Reply Brief, an insurer's duty to defend a claim

(which is part of its duty to cover a claim) arises when the allegations pled in a Complaint bring the claim within the scope of policy. See, Great American Ins. Co. v. McKemie, 244 Ga. 84, 84-85 (1979). Accordingly, the allegations of the underlying personal injury Complaints, and therefore the allegations in Terrie Slaughter's Complaint, are relevant to the summary judgment proceedings in this case.

Given the foregoing, and the relevancy of the allegations in Terri Slaughter's Complaint to this summary judgment proceeding, Grading and Trucking respectfully request that they be granted leave to amend their Reply Brief, and to file their Amendment to their Reply Brief. See, Givens v. Waffle House, Inc., 2006 WL 211710, 3 (N.D.Ga. 2006)(Court granting Motion to Supplement Record in summary judgment proceedings with additional deposition testimony where testimony relevant to summary judgment proceedings).

**B       Leave to amend should be granted for the purpose of correcting errors in Grading's and Trucking's Reply Brief, as the correction of such errors will serve to clarify the record.**

In attempting to get the Reply Brief timely filed the night of August 2, 2017, a few errors were made towards the end of the Reply Brief that, upon a first reading, may cause confusion in the record. Accordingly, this request to amend the Reply Brief to correct some of the errors towards the end of the Brief is being made for the sole purpose of ensuring that the record is clear. No additional

substantive arguments are made in the Amendment to the Reply Brief, but only corrections to a few obvious errors that may cause confusion in the record. See, Benton v. Cousin Properties, Inc., 230 F.Supp.2d 1351, 1366 (2002)(Motion to Supplement Response to Motion for Summary Judgment granted where Motion to Supplement filed within the week of the date that the Response was filed, and Motion to Supplement sought to correct errors and provide additional citations to the record.)

### III. Conclusion

Given that no prejudice to the parties will occur, and that the presentation of the merits will be served should this Motion be granted, Four Seasons Trucking & Grading, Inc., and Four Seasons Trucking, Inc. respectfully request that the Court grant this Motion, and grant them leave to file their Amendment to their Reply Brief. Grading's and Trucking's Amendment to their Reply Brief is attached hereto and incorporated herein by reference as Exhibit "1".

This 8th day of August, 2017.

**KURUVILLA LAW FIRM, P.C.**

/s/ John V. Kuruvilla

———————————————

John V. Kuruvilla
Georgia Bar No. 903278
Counsel for defendants Four Seasons
Trucking, Inc. and Four Seasons
Trucking & Grading, Inc.

Tower Place 100
3340 Peachtree Road, Suite 1800
Atlanta, GA  30326
Telephone:  (404) 814-0545
Facsimile:  (404) 814-5965
E-Mail:    jvk@kuruvillalaw.com

## **CERTIFICATION OF FONT**

Pursuant to LR 7.1D and 5.1C, the parties certify that this document has been prepared in Times New Roman, 14 point font.

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon the following parties in the foregoing matter a copy of **MOTION FOR LEAVE TO AMEND REPLY BRIEF, AND MEMORANDUM OF LAW IN SUPPORT** via the CM/ECF electronic filing system, addressed as follows:

Trevor Hiestand, Esq.
Waldon, Adelman, Castilla, Heistand & Prout
900 Circle 75 Parkway, Suite 1040
Atlanta, GA  30339
thiestand@wachp.com

Rod Dixon, Esq.
The Dixon Firm, P.C.
1349 West Peachtree Street, Suite 1995
Atlanta, GA  30309
rod@dixonfirm.com

David Dozier, Esq.
327 Third Street
P.O. Box 13
Macon, GA  31202-0013
david@dozierlaw.com

This 8th day of August, 2017.

**KURUVILLA LAW FIRM, P.C.**

/s/ John V. Kuruvilla

John V. Kuruvilla
Georgia Bar No. 903278
Counsel for defendants Four Seasons Trucking, Inc. and Four Seasons Trucking & Grading, Inc.

Tower Place 100
3340 Peachtree Road, Suite 1800
Atlanta, GA  30326
Telephone:  (404) 814-0545
Facsimile:   (404) 814-5965
E-Mail:       jvk@kuruvillalaw.com